## 64492. TAYLOR v. FARGASON.

QUILLIAN, Chief Judge.

The plaintiff appeals from an order permitting the defendant to proceed with a foreclosure sale of certain real property. *Held:*

Since both enumerations of error require a consideration of the evidence and there is no transcript, we are bound to assume that the trial judge's findings are supported by competent evidence. *Littlejohn v. J. A. Cavaness Steel Erectors, Inc.,* 149 Ga. App. 676 (257 SE2d 47).

*Judgment affirmed. Shulman, P. J., and Carley, J., concur.*

DECIDED SEPTEMBER 9, 1982.

Charles E. Taylor, *pro se.*

*Lowell H. Hughen, Carol V. Clark,* for appellee.